UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANKIE STEVENS                                                          PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:04CV807(W)(Su)

RICHARD A. SIMONEAUX,
CENTENNIAL HEALTHCARE PROPERTIES, CORP.
D/B/A McCOMB EXTENDED CARE FACILITY, AND
JOHN DOES 1-10                                                          DEFENDANTS

<u>FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE</u>

THIS CAUSE having come before the Court this day on joint motion of the plaintiff

and the defendants for a dismissal with prejudice, and, it having been made known to the

Court that the plaintiff and defendants have compromised and settled the claims made in

the above-styled and numbered cause and that the plaintiff has received full accord and

satisfaction for all of her claims against the defendants, the Court finds that said motion is

well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the above-styled and

numbered cause be, and it is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 7th day of December, 2005.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO:

___/s/ Ronald Whittington_____
J. DANIEL SMITH, ESQ. (MSB# 7498)
RONALD WHITTINGTON, ESQ. (MSB# 7173)
*Attorney for Plaintiff*


___/s/ Lisa Williams McKay_____
LISA WILLIAMS McKAY, ESQ. (MSB# 9678)
*Attorney for Defendants*


Final Judgment
Civil Action No. 3:04-cv-807 WS